Cite As 2019 Ark. 362

# SUPREME COURT OF ARKANSAS

**No.** CR-19-705

| | | |
|---|---|---|
| ANDROUS HALL | | **Opinion Delivered** December 5, 2019 |
| | PETITIONER | PRO SE PETITION FOR WRIT OF MANDAMUS [PHILLIPS COUNTY CIRCUIT COURT, NO. 54CR-96-271] |
| V. | | |
| STATE OF ARKANSAS | | |
| | RESPONDENT | <u>PETITION MOOT</u>. |

**JOSEPHINE LINKER HART, Justice**

Petitioner Androus Hall filed a petition for writ of mandamus in which he contended that the Honorable Dion Wilson, circuit judge, had not acted in a timely manner on a pro se petition for correction/reduction of sentence and declaratory judgment filed on August 16, 2017, and a pro se motion for production of documents and petition to correct illegal sentence, both filed on May 6, 2019. The Attorney General's Office filed a response on the State's behalf, stating that orders have been entered denying all the above-referenced petitions and motions.[1]

The purpose of a writ of mandamus is to enforce an established right to enforce the performance of a duty. *Williams v. Porch*, 2018 Ark. 1, 534 S.W.3d 152. A writ of mandamus is issued by this court to compel an official or a judge to take some action. *Id*. Issuance of

---

[1]Hall's petition to correct illegal sentence and motion for production of documents were denied in orders file-marked on September 11, 2019, and the petition for correction/reduction of sentence and declaratory judgment was "deemed denied" in an order filed-marked on September 12, 2019.

the writ of mandamus is appropriate only when the duty to be compelled is ministerial and not discretionary. *Id.*

As a general rule, this court will not review issues that are moot because to do so would be to render an advisory opinion, which this court will not do. *Griffin v. Alexander*, 2017 Ark. 235. Generally, a case becomes moot when any judgment rendered would have no practical legal effect upon a then existing controversy. *Id.* Because Mr. Hall has received the relief he sought, and the subject of the mandamus action has been acted on by the respondent circuit judge, the mandamus action is moot.

Petition moot.

*Androus Hall*, pro se petitioner.

*Leslie Rutledge*, Att'y Gen., by: *Michael L. Yarbrough*, Ass't Att'y Gen., for respondent.